# United States District Court
## Southern District of Georgia

Lavon Bush-Butler,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV415-212,

Mayor and Alderman of the City of Savannah,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/29/16, granting Defendant's motion for summary judgment, judgment is hereby entered dismissing plaintiff's claims.

| 9/29/16 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(By) Deputy Clerk* |